```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

**FILED**

OCT 16 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re Search Warrant for 705-709 )  CASE NO. 2:12-SW-0046 KJN
S. California Street, Stockton,  )
CA, et al.                        )  **UNSEALING ORDER**
                                  )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above captioned Application for Search Warrant, Affidavit in Support of Search Warrant, Search Warrant, and attachments thereto, are ordered unsealed in their entirety for all purposes.

Date: October 16, 2012

_____
EDMUND F. BRENNAN
U.S. Magistrate Judge